Steven H. Schultz, SBN 163543
SCHULTZ LAW GROUP, PC
555 University Avenue, Suite 250
Sacramento, CA 95825
Telephone: (916) 922-2310
Facsimile:  (916) 92-1921
Email: steve@schultzinjurylaw.com

Attorneys for Plaintiff
NICHOLE PARRISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE PARRISH;<br><br>        Plaintiff,<br>v.<br><br>DIGNITY HEALTH;<br>DIGNITY HEALTH dba MERCY MEDICAL CENTER REDDING;<br>BARTOSZ LESZCYZNSKI, D.O.;<br>BRIAN CORY, M.D.;<br>CARLA GRAICHEN, M.D.;<br>CHRISTOPHER HORTON, M.D.;<br>JEROME BOOKER, M.D.;<br>MATTHEW MOORE, D.O.;<br>ROBERT ENGLISH, D.O.;<br>MARY EPPERSON, FNP;<br>MICHELLE THOMPSON, N.P.;<br>And DOES 1 through 100, inclusive;<br><br>        Defendants. | CASE NO.: 2:25-cv-01611-AC<br><br>**STIPULATION AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff NICHOLE PARRISH and Defendant DIGNITY HEALTH, by and through their undersigned counsel, hereby stipulate and jointly request as follows:

1

1. On February 13, 2025, Plaintiff filed her Complaint for Damages in the County of Shasta, State of California.

2. This action arises out of a wrongful death matter of plaintiff's son.

3. The Complaint names the following as defendants: Dignity Health; Dignity Health dba Mercy Medical Center Redding, Bartosz Leszcyznski, D.O., Brian Cory, M.D., Carla Graichen, M.D., Christopher Horton, M.D., Matthew Moore, D.O., Robert Englis, D.O., Mary Epperson, FNP and Michelle Thompson, NP.

4. On March 26, 2025, Plaintiff filed a Request for Dismissal as to Dignity Health only.

5. On June 10, 2025, attorney for United States of America filed a Notice of Removal from the Superior Court of the State of California, County of Shasta to this court.

6. NOW THEREFORE, under FRCP 41(a)(1)(A)(ii), the Parties stipulate and respectfully request that the Court dismiss Dignity Health from this Federal Court action.

DATED: October 31, 2025   **SCHULTZ LAW GROUP, PC**
  *Steven H. Schultz*
By_____
  STEVEN H. SCHULTZ
  Attorney for Plaintiff

|   |   |
|---|---|
| 1    DATED: October 31, 2025 | **LEWIS BRISBOIS** |

DATED: October 31, 2025                  **LEWIS BRISBOIS**

                                         *Paul Baleria*
                               By_____
                                   PAUL BALERIA
                                   Attorney for Defendant
                                   DIGNITY HEALTH

In compliance with Civil L.R. 5-1(i)(3), I, Steven H. Schultz, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

**ORDER**

Pursuant to the stipulated request, and for good cause shown, Defendant DIGNITY HEALTH is **DISMISSED** from this action.

IT IS SO ORDERED.

Dated: 10/31/2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE