ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:   (916) 554-2780
Facsimile:    (916) 554-2900

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE PARRISH,<br><br>                              Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH;<br>DIGNITY HEALTH dba MERCY MEDICAL<br>CENTER REDDING;<br>BARTOSZ LESZCYZNSKI, D.O.;<br>BRIAN CORY, M.D.;<br>CARLA GRAICHEN, M.D.;<br>CHRISTOPHER HORTON, M.D.;<br>JEROME BOOKER, M.D.;<br>MATTHEW MOORE, D.O.;<br>UNITED STATES OF AMERICA;<br>MARY EPPESON, FNP;<br>MICHELLE THOMPSON, N.P.;<br>and DOES 1 to 100, inclusive,<br><br>                              Defendants. | CASE NO. 2:25-cv-01611-JAM-AC<br><br>**STIPULATION TO DISMISS DEFENDANT THE UNITED STATES WITHOUT PREJUDICE AND REMAND CASE TO STATE COURT** |

Defendant the United States of America filed a motion to dismiss on March 26, 2026 based on

Plaintiff Nichole Parrish's alleged failure to exhaust administrative remedies prior to filing suit. ECF

No. 30. Subsequent to the filing of that motion, all parties, Plaintiff Nichole Parrish and Defendants

Dignity Health dba Mercy Medical Center Redding, Jerome Booker, M.D., the United States of

America, and Mary Epprson, F.N.P. and Bartosz Leszczynski, M.D., all through counsel, hereby

stipulate and agree as follows:

NOTICE OF DISMISSAL OF DEFENDANT THE UNITED STATES AND                    1
STIPULATION TO REMAND TO STATE COURT

1.     Plaintiff Nichole Parrish hereby dismisses Defendant the United States of America without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

2.     That this matter be remanded to state court because, with the dismissal of the United States, this Court does not have original jurisdiction over the remaining claims under 28 U.S.C. § 1367(c)(3).

Dated: March 30 , 2026

SCHULTZ LAW GROUP, PC

By: _____
        STEVEN H. SCHULTZ

Attorney for Plaintiff Nichole Parrish


Dated: March 31 , 2026

LEWIS BRISBOIS

By: _____
        PAUL BALERIA

Attorney for Defendant Dignity Health dba
Mercy Medical Center Redding


Dated: March _____, 2026

LOW MCKINLEY

By: _____
        STEVEN H. SCHULTZ

Attorney for Plaintiff Nichole Parrish

NOTICE OF DISMISSAL OF DEFENDANT THE UNITED STATES AND
STIPULATION TO REMAND TO STATE COURT

2

1.    Plaintiff Nichole Parrish hereby dismisses Defendant the United States of America without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

2.    That this matter be remanded to state court because, with the dismissal of the United States, this Court does not have original jurisdiction over the remaining claims under 28 U.S.C. § 1367(c)(3).

Dated: March 30 , 2026

SCHULTZ LAW GROUP, PC

By: _____
STEVEN H. SCHULTZ

Attorney for Plaintiff Nichole Parrish

Dated: March _____, 2026

LEWIS BRISBOIS

By: _____
PAUL BALERIA

Attorney for Defendant Dignity Health dba
Mercy Medical Center Redding

Dated: March 31 , 2026

LOW MCKINLEY & SALENKO, LLP

By: _____
STEVEN M. MCKINLEY
Attorney for Defendant Jerome
Booker, M.D.

Dated: March 31, 2026

ERIC GRANT
United States Attorney

By: _____
BRENDON L.S. HANSEN
Assistant United States Attorney

Attorneys for Defendant the United States of
America

Dated: March 30, 2026

MURO & LAMPE, INC.

By: _____
MARK A. MURO
NELSON G. PICHARDO

Attorney for Defendants Mary Epperson,
F.N.P. & Bartosz Leszczynski, M.D.

NOTICE OF DISMISSAL OF DEFENDANT THE UNITED STATES AND          3
STIPULATION TO REMAND TO STATE COURT

ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:   (916) 554-2780
Facsimile:   (916) 554-2900

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE PARRISH,<br><br>                                  Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH;<br>DIGNITY HEALTH dba MERCY MEDICAL<br>CENTER REDDING;<br>BARTOSZ LESZCYZNSKI, D.O.;<br>BRIAN CORY, M.D.;<br>CARLA GRAICHEN, M.D.;<br>CHRISTOPHER HORTON, M.D.;<br>JEROME BOOKER, M.D.;<br>MATTHEW MOORE, D.O.;<br>UNITED STATES OF AMERICA;<br>MARY EPPESON, FNP;<br>MICHELLE THOMPSON, N.P.;<br>and DOES 1 to 100, inclusive,<br><br>                                  Defendants. | CASE NO. 2:25-cv-01611-JAM-AC<br><br>**ORDER DISMISSING DEFENDANT THE UNITED STATES AND REMANDING CASE TO STATE COURT** |

Pursuant to the parties notice and stipulation, the Court hereby **ORDERS** as follows:

1.      Based on the stipulation of all parties, through counsel, Defendant the United States of America is **DISMISSED** from this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

//

//

ORDER                                                                    1

//

2.      This matter is **REMANDED** to the Shasta County Superior Court because this Court does not have original jurisdiction over the remaining claims under 28 U.S.C. § 1367(c)(3).

3.      The Clerk of Court is **DIRECTED** to serve a certified copy of the order on the Clerk of the Shasta County Superior Court (state case number 25CV-207037).

4.      The Clerk of Court is **DIRECTED** to **VACATE** all dates and deadlines and **CLOSE** this case.

IT IS SO ORDERED.

Dated: April 01, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER                                                          2